UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:10-CV-422-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>for the use of STARK TRUSS )<br>COMPANY, INC., )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>GATEWAY PANEL, INC.; GRAU )<br>CONTRACTING, INC; ARCHER )<br>WESTERN CONTRACTORS, LTD.; )<br>TRAVELERS CASUALTY AND )<br>SURETY COMPANY OF AMERICA; )<br>and JERRY SCHIERDING, )<br>    Defendants. ) | **CLERK'S ENTRY OF DEFAULT<br>AS TO<br>DEFENDANT GRAU CONTRACTING, INC.** |

Upon motion for entry of default filed by counsel for Plaintiff and because Defendant Grau Contracting, Inc. has failed to appear, plead, or otherwise defend, default is entered against Defendant Grau Contracting, Inc. as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

DATED: _November 29, 2010_

_____
Clerk, United States District Court