## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
### Civil Action No. 5:10-CV-422-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| for the use of STARK TRUSS | ) | |
| COMPANY, INC., | ) | |
|       Plaintiff, | ) | |
| | ) | |
|    vs. | ) | |
| | ) | **CLERK'S ENTRY OF DEFAULT** |
| GATEWAY PANEL, INC.; GRAU | ) | **AS TO** |
| CONTRACTING, INC; ARCHER | ) | **DEFENDANT JERRY SCHIERDING** |
| WESTERN CONTRACTORS, LTD.; | ) | |
| TRAVELERS CASUALTY AND | ) | |
| SURETY COMPANY OF AMERICA; | ) | |
| and JERRY SCHIERDING, | ) | |
|       Defendants. | ) | |

Upon motion for entry of default filed by counsel for Plaintiff and because Defendant Jerry Schierding has failed to appear, plead, or otherwise defend, default is entered against Defendant Jerry Schierding as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

DATED: _March 9 2011_

_____
Clerk, United States District Court