IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CV-422-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use of STARK TRUSS COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> GATEWAY PANEL, INC.; GRAU CONTRACTING, INC.; ARCHER WESTERN CONTRACTORS, LTD.; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; and JERRY SCHIERDING; <br><br> Defendants. | DEFAULT JUDGMENT AS TO DEFENDANTS GATEWAY PANEL, INC.; GRAU CONTRACTING, INC.; AND JERRY SCHIERDING |

Defendants Gateway Panel, Inc., Grau Contracting, Inc., and Jerry Schierding have failed to plead or otherwise defend in this action, and default has been entered.

It appears to the Court upon motion of Plaintiff that Defendants Gateway Panel, Inc., Grau Contracting, Inc. and Jerry Schierding are indebted to Plaintiff in the amount of One Hundred Fourteen Thousand Six Hundred Four and 69/100 dollars ($114,604.69), plus interest at the rate of 8% per annum from March 16, 2011, until date of entry of judgment, plus attorneys' fees in the amount of Thirty-Eight Thousand Four Hundred Twenty-Two and 30/100 dollars ($38,422.30), and the costs of this action, over and above all credits, setoffs, payments or counterclaims, that Defendants Gateway Panel, Inc., Grau Contracting, Inc., and Jerry Schierding have been defaulted for failure to appear.

IT IS THEREFORE ORDERED that Plaintiff recover judgment against Defendants Gateway Panel, Inc., Grau Contracting, Inc., and Jerry Schierding, jointly and severally, in the amount of One Hundred Fourteen Thousand Six Hundred Four and 69/100 dollars ($114,604.69), plus interest at the rate of 8% per annum from March 16, 2011, until the date of entry of judgment, and thereafter at the legal rate until paid in full, plus attorneys fees in the amount of Thirty-Eight Thousand Four Hundred Twenty-Two and 30/100 dollars ($38,422.30), and the costs of this action, over and above all credits, setoffs, payments or counterclaims

SO ORDERED, this the 8 day of April, 2011.

LOUISE W. FLANAGAN
Chief United States District Judge